UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY GRACZYK, DON DAVIS and JERRY RIDDLE, <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., VERIZON SOURCING LLC, and PS SPLICING, LLC, <br><br> Defendants. | Case No. 1:20-cv-00889-ABJ |

**DEFENDANT VERIZON SOURCING LLC'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant Verizon Sourcing LLC ("Verizon Sourcing"), by undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves this Court to dismiss all claims against it in Plaintiff's Amended Collective and Class Action Complaint ("Amended Complaint") with prejudice. In support of this Motion, Verizon Sourcing respectfully refers the Court to the accompanying Memorandum of Law.

WHEREFORE, Verizon Sourcing requests that the Court:

1. Grant Verizon Sourcing's Motion to Dismiss Plaintiffs' Amended Complaint against Verizon Sourcing with prejudice; and

2. Grant Verizon Sourcing such other and further relief as the Court may deem proper.

Dated: August 21, 2020                                              Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Christine Costantino*
Christine Costantino, DC Bar 98463
costantino@seyfarth.com
975 F Street, N.W.
Washington, D.C. 20004
T:  (202) 463-2400
F:  (202) 828-5393

Jacob Oslick, *admitted pro hac vice*
joslick@seyfarth.com
Michael F. Marino, *admission forthcoming*
mmarino@seyfarth.com
Robert S. Whitman, *admission forthcoming*
rwhitman@seyfarth.com
620 Eighth Avenue
New York, NY 10018
T:  (212) 218-5500
F:  (212) 218-5526

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Defendant Verizon Sourcing LLC's Motion to Dismiss Plaintiff's Amended Complaint, with supporting papers, was filed via CM/ECF, this 21st day of August 2020, with electronic notification to all counsel of record.

/s/ *Christine Costantino*
Christine Costantino, DC Bar 98463
ccostantino@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
T:  (202) 463-2400
F:  (202) 828-5393