**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RODNEY GRACZYK, DON DAVIS and JERRY RIDDLE, for themselves and all others similarly situated,**<br>                         **Plaintiffs,**<br>         **v.**<br><br>**VERIZON COMMUNICATIONS, INC. and VERIZON SOURCING LLC,**<br>                         **Defendants.** | **Case No. 20-cv-889-ABJ** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL**

For the reasons stated in the attached Memorandum of Law, Plaintiffs Rodney Graczyk, Don Davis and Jerry Riddle respectfully submit this unopposed Motion seeking entry of an Order preliminarily approving the Parties' proposed settlement in the above-captioned class and collective action lawsuit and authorizing dissemination of the Parties' agreed-upon Settlement Notice to all putative class and collective members.

Respectfully submitted,

Dated: March 21, 2022

*/s/ David J. Cohen*
David J. Cohen (admitted *pro hac vice*)
STEPHAN ZOURAS, LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836

James B. Zouras (admitted *pro hac vice*)
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
(312) 233-1550

Jason S. Rathod (D.C. Bar No. 100082)

Nicholas A. Migliaccio (D.C. Bar No. 484366)
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Suite 302
Washington, D.C. 20002
(202) 470-3520

Jeremiah Frei-Pearson (*pro hac vice* forthcoming)
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
445 Hamilton Avenue, Suite 605
White Plains, N.Y.  10601
(914) 298-3281

*Counsel for Plaintiffs and the Putative*
*Collective / Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on

all counsel of record by electronically filing this document and all attachments *via* the Court's ECF

system.

Dated: March 21, 2022                    */s/ David J. Cohen*