**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RODNEY GRACZYK, DON DAVIS and JERRY RIDDLE, for themselves and all others similarly situated,** <br> **Plaintiffs,** <br> **v.** <br> <br> **VERIZON COMMUNICATIONS, INC. and VERIZON SOURCING LLC,** <br> **Defendants.** | **Case No. 20-cv-889-ABJ** |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL**
**CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL**

For the reasons stated in the attached Memorandum of Law, Plaintiffs Rodney Graczyk,

Don Davis and Jerry Riddle respectfully submit this unopposed Motion seeking entry of an Order

granting final approval to the Parties' proposed settlement in the above-captioned class and

collective action lawsuit and authorizing the Parties to complete the activities set out in their

Settlement Agreement.

Respectfully submitted,

Dated: June 29, 2022        */s/ David J. Cohen*
                            David J. Cohen (admitted *pro hac vice*)
                            STEPHAN ZOURAS, LLP
                            604 Spruce Street
                            Philadelphia, PA 19106
                            (215) 873-4836

                            James B. Zouras (admitted *pro hac vice*)
                            STEPHAN ZOURAS, LLP
                            100 N. Riverside Plaza, Suite 2150
                            Chicago, IL 60606
                            (312) 233-1550

                            Jason S. Rathod (D.C. Bar No. 100082)
                            Nicholas A. Migliaccio (D.C. Bar No. 484366)

MIGLIACCIO & RATHOD LLP
412 H Street N.E., Suite 302
Washington, D.C. 20002
(202) 470-3520

Jeremiah Frei-Pearson (*pro hac vice* forthcoming)
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
445 Hamilton Avenue, Suite 605
White Plains, N.Y.  10601
(914) 298-3281

*Counsel for Plaintiffs and the Putative*
*Collective / Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on

all counsel of record by electronically filing this document and all attachments *via* the Court's ECF

system.

Dated: June 29, 2022          */s/ David J. Cohen*