# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY GRACZYK, *for themselves and all others similarly situated*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., *et al.*, <br><br> Defendants. | Civil Action No. 20-0889 (ABJ) |

## ORDER

     THIS MATTER is before the Court on: Plaintiffs' Unopposed Motion for Final Class and Collective Action Settlement Approval. Having thoroughly reviewed this submission and presided over a virtual hearing addressing the issues presented, it is hereby **ORDERED** as follows:

1.     Plaintiffs' Unopposed Final Approval Motion is GRANTED.

2.     The Court finds that the Parties' settlement in this action is a fair, reasonable and just resolution of a bona fide dispute involving claims under the FLSA and the District of Columbia Minimum Wage Revision Act ("DCMWA") and in the best interests of the Parties. The Parties' settlement is approved, the terms of their Settlement Agreement are incorporated herein and are approved in their entirety, and the Court hereby directs the consummation of its terms and provisions. Specifically, the Court approves the following settlement payments, to be allocated as described in the Settlement Agreement, namely:

      a. A total of $14,000 in payments to the FLSA Collective and District of Columbia Class Members who submitted Claim Forms, as provided by the Settlement Agreement, broken down as follows:

- $9,000.00 in payments to six FLSA Collective members who are not members of the District of Columbia Class;

- $4,000 in payments to two FLSA Collective members who are members of the District of Columbia Class;

- $1,000.00 in payments to two District of Columbia Class Members who previously released their FLSA claims;

      b. $12,500 in Service Awards paid $2,500.00 each to Rodney Graczyk, Don Davis and Jerry Riddle and $1,000.00 each to Jonathan Caldwell, Lalakai Foketi, Ashok Kamdar, Bernice Lowery and Ricky Thaxton; and

      c. $237,500.00 in attorneys' fees and $22,500.00 in cost reimbursements ($260,000.00 total) to Class Counsel, to be paid from the Maximum Gross Settlement Amount in full compromise and satisfaction of all attorneys' fees, costs and expenses incurred by Class Counsel as specified in the Settlement Agreement.

3. Rust Consulting, Inc. is hereby approved and appointed to serve as the Settlement Administrator for this action.

4. The deadline for filing Claim Forms and tax forms set forth in the Settlement Agreement having expired, Rust Consulting is directed to make the payments set forth in Sections 2(a) and 2(b) only to the Participating Claimants who submitted Claim Forms and tax forms as of June 13, 2022.

5. All Named Plaintiffs and Service Award Plaintiffs hereby release, and are barred and permanently enjoined from prosecuting, commencing or continuing any and all claims covered by the General Waiver and Release set forth in Section 4.1 of the Settlement Agreement. All District of Columbia Class Members hereby release, and are barred and permanently enjoined from prosecuting, commencing or continuing any and all District of Columbia Minimum Wage Act and District of Columbia Wage Payment and Collection law claims, as set forth in Section 4.4 of the

Settlement Agreement. All Participating Claimants hereby release, and are barred and permanently enjoined from prosecuting, commencing or continuing any and all "Wage and Hour Claims," as set forth in Section 4.6 of the Settlement Agreement. In accord with Section 4.8 of the Settlement Agreement, for purposes this release only and the accompanying covenant not to sue, all PS Splicing Workers will be deemed Participating Claimants. Any claims released are hereby "Released Claims."

6. This Court hereby **DISMISSES** this action with prejudice and all Released Claims based on the settlement and without costs to or from any of the Parties except as provided in the Settlement Agreement.

7. The Court retains jurisdiction over the claims alleged and the Parties in the Lawsuits as necessary to implement and supervise the Parties' Agreement and enforce the terms of this settlement.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: July 19, 2022